MACK & GIL, LLC
Anthony C. Mack, Esq.
60 Park Place, Suite 1104
Newark, NJ 07102
(973) 624-7800
Attorney for Defendant, Pia Perkinson

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>PIA PERKINSON,<br>    Defendant, | Crim No.: 10-292 (FSH)<br><br>Criminal Action<br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Anthony C. Mack, Esq., attorney for Defendant, Pia Perkinson, and with the consent of Assistant United States Attorney, Matthew Beck and Kelly Dominguez, Pre-Trial Officer seeking an order to change the defendant's conditions of bail as follows:

**IT IS** on this __19th__ day of __January__, 2010.

**ORDERED** that the one hundred thousand dollar ($100,000.00) unsecured recognizance bond issued against Pia Perkinson in this matter shall not serve as a lien which will encumber real property, owned by Pia Perkinson, located at 61 Quabeck Avenue, Irvington, NJ 07111. It shall not interfere with the valid conveyance of title as it pertains to said real property known as 61 Quabeck Avenue, Irvington, NJ 07111.

**ORDERED** that all remaining conditions of bail remain the same.

_____
Hon. Faith S. Hochberg, USDJ